In the Matter of FRANK W. JACKSON, Appellant, THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

(Submitted December 3, 1934; decided December 7, 1934.)

*Einar Chrystie* for motion.

*Horace M. Gray* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GRANT O. BEALE, Appellant.

(Submitted December 3, 1934; decided December 7, 1934.)

Motion for reargument denied. (See 264 N. Y. 451.)